# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC 37 | E 1116529 | J. REVELES | 987 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☑ USC  ☐ State Code |
|---|---|
| 03/13/2021  06:47™ | 18 USC 641 |

**Place of Offense**
BUILDING 1512 NAVAL BASE VENTURA CO. CA

**Offense Description:** Factual Basis for Charge  HAZMAT ☐
THEFT OF GOVERNMENT PROPERTY

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| BESIAYE | MARTIN |

### APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address / Date / Time

*E1116529*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **MARCH 13**, 20 **21** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CALIFORNIA**

REPORT CCN# 214811400053
ATTACHED HERE TO
INCORPORATED BY IN
REFERENCE HERE IN.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/13/2021**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passengers in vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.