# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s): 2:21-CR-384-LAL (CC37 - E1116529)  CourtSmart: Zoom 08/18/2021  Date: Wed., Aug. 18, 2021

Present: The Honorable: **Louise A. LaMothe**, United States Magistrate Judge

- Deputy Clerk: Debbie Johnston
- Assistant U.S. Attorney: Sharon McCaslin
- Interpreter: —
- Language: —

United States of America v. **Martin Besigye**

Attorney Present for Defendant: **Christine Yonan**

- [✓] Present  [ ] Custody  [ ] Bond  [ ] Summons
- [✓] Present  [ ] CJA  [ ] Ret'd  [✓] DFPD  [ ] Not Present

### PROCEEDINGS HAD ON VIOLATION NOTICE

- [ ] Defendant arraigned. Informed of charges and rights.
- [✓] Defendant filed financial affidavit and is informed of consequences if any false information is given.
- [✓] Attorney appointed: Christine Yonan  [✓] DFPD / [ ] PANEL
- [ ] Defendant executes a Consent to be Tried by U.S. Magistrate Judge.
- [ ] Defendant enters plea of: [ ] Guilty [ ] Not Guilty [ ] Nolo Contendere
- [ ] Court accepts plea.
- [ ] Court orders case continued to: ___ at ___ in Courtroom ___ for ___
- [ ] Bail is set at $ ___ P/R. [ ] Defendant released.
- [ ] Fine imposed. See separate order re: fine.
- [✓] On motion of the government, Court orders case dismissed as to citation(s): E1116529
- [ ] Court orders case dismissed.
- [ ] Court orders defendant participate in Traffic School, complete same by ___ or appear on ___ in Courtroom ___ before ___
- [ ] The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.
- [ ] Defendant is notified of the right to appeal sentence.
- [✓] Other: Defendant has successfully completed a theft diversion program as agreed between the parties.

cc: AUSA

dj
Deputy Clerk

Time in Court: :04